PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 APR 28 AM 10: 59

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.   Docket # 8:96CR46-5

**Lydia Gajewski**

---

On December 17, 1997, Lydia Gajewski was sentenced to 120 months custody, to be followed by 5 years supervised release. The period of supervised release commenced January 2, 2004. Lydia Gajewski has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Lydia Gajewski be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of April, 2006.

The Honorable Lyle E. Strom
United States Senior District Judge